In the Matter of FLORENCE G. MULLINS, Respondent, against CHARLES GULDEN, INC., et al., Appellants.

(Argued May 21, 1935; decided June 4, 1935.)

*Lester S. Kafer, Ward B. Chamberlin* and *Thomas H. Pinney* for appellants.

*Tobias A. Keppler* and *Julian C. Keppler* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.